IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CARLA J. YOUNG,**

    **Plaintiff,**

                                                        **Civil Action 2:19-CV-4684**
                                                        **Judge Michael H. Watson**
    **v.**                                               **Magistrate Judge Elizabeth P. Deavers**

**C R BARD INCORPORATED,** *et al.***,**

    **Defendants.**

## ORDER

The Parties have filed a Status Report and Joint Motion to Extend Stay of Discovery and All Pretrial Deadlines, seeking to extend the stay of this case to allow the Parties to finalize a settlement.  (ECF No. 32.)  The Parties' request to extend the stay is well taken.  This case is hereby **STAYED UNTIL MAY 31, 2021**.  The parties are **DIRECTED** to file a **JOINT STATUS REPORT** detailing the status, but not the substance, of their settlement efforts for this case by **MAY 31, 2021**, unless they have filed an appropriate dismissal entry before that date.

    **IT IS SO ORDERED.**

**Date: March 2, 2021**                                    **/s/** *Elizabeth A. Preston Deavers*
                                                               **ELIZABETH A. PRESTON DEAVERS**
                                                               **UNITED STATES MAGISTRATE JUDGE**